IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ARTHUR O. ARMSTRONG,              )
                                  )
            Plaintiff,            )
                                  )
      v.                          )    1:24-cv-475
                                  )
NORTH CAROLINA, CITY              )
OF GREENSBORO and                 )
KOURY CORPORATION,                )
                                  )
            Defendant.            )

## ORDER

On March 5, 2025, the United States Magistrate Judge's Text Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Doc. Ent. 3/05/2025, (Doc. 2)). No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Text Recommendation, (Doc. Ent. 3/05/2025), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** without any authorization to file a notice of appeal as a frivolous continuation of Plaintiff's long-standing pattern of frivolous litigation conduct.

**IT IS FURTHER ORDERED** that Plaintiff Arthur O. Armstrong shall pay $800 as a monetary sanction for continuation of his long-standing pattern of frivolous litigation conduct.

**IT IS FURTHER ORDERED** that Plaintiff Arthur O. Armstrong is hereby **ENJOINED** from making any filings in this court unless and until he first pays any outstanding monetary sanction(s).

**IT IS FURTHER ORDERED** that any documents submitted to the court by Plaintiff Arthur O. Armstrong prior to such payment shall be held for his retrieval or otherwise returned to him without docketing.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 31st day of March, 2025.

_____
United States District Judge